■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH VELEZ, Appellant. [777 NYS2d 642]—Judgment, Supreme Court, Bronx County (Troy K. Webber, J.), rendered January 9, 2003, convicting defendant, after a jury trial, of attempted robbery in the third degree and criminal possession of a weapon in the fourth degree, and sentencing him to concurrent terms of 2 to 4 four years and 1 year, respectively, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility (*see People v Gaimari*, 176 NY 84, 94 [1903]). The credible evidence established that the People's witness was a victim of the attempted robbery, as charged in the indictment, and not merely a bystander. Concur—Nardelli, J.P., Saxe, Sullivan, Marlow and Catterson, JJ.